JEANETTE GOLDBERG, an Infant, by HARRY GOLDBERG, Her Guardian ad Litem, and HARRY GOLDBERG, Respondents, v. YELLOW TAXI CORPORATION OF NEW YORK and Others, Appellants.— Motion for leave to appeal to the Appellate

Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.